# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**805**

**CA 14-02145**

PRESENT: SMITH, J.P., PERADOTTO, CARNI, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF JOSEPH MASCIA, INDIVIDUALLY
AND IN HIS CAPACITIES AS TENANT MEMBER OF
BUFFALO MUNICIPAL HOUSING AUTHORITY BOARD OF
COMMISSIONERS AND CANDIDATE FOR REELECTION AS A
TENANT MEMBER OF BUFFALO MUNICIPAL HOUSING
AUTHORITY BOARD OF COMMISSIONERS,
PETITIONER-RESPONDENT,

                        V                                    ORDER

LEAGUE OF WOMEN VOTERS OF BUFFALO/NIAGARA, INC.,
RESPONDENT,
BUFFALO MUNICIPAL HOUSING AUTHORITY, ET AL.,
RESPONDENTS-APPELLANTS.

---

KAVINOKY COOK LLP, BUFFALO (LAURENCE K. RUBIN OF COUNSEL), FOR
RESPONDENTS-APPELLANTS.

JOSEPH G. MAKOWSKI, BUFFALO, FOR PETITIONER-RESPONDENT.

-------------------------------------------------------------------------------------------------------------------

        Appeal from a judgment (denominated order and judgment) of the
Supreme Court, Erie County (Shirley Troutman, J.), entered June 25,
2014 in a CPLR article 78 proceeding.  The judgment, among other
things, directed respondents to reinstate petitioner as a candidate
for reelection to the position of Tenant Member.

        It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.


Entered:  June 19, 2015                          Frances E. Cafarell
                                                 Clerk of the Court